# GERALD J. DI CHIARA
## ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

**LAURA DI CHIARA, ESQ.**

30 East 33rd Street, 4th Fl
New York, New York 10016

(212) 679-1958
FAX NO. (646) 307-6984     January 13, 2020

Honorable Judge Kevin P. Castel
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

Re:  U.S. v. Gocha Zhvitiashvili
     S1 18 Cr 259 (PHC)

Dear Judge Castel,

We hereby request an adjournment of the sentencing presently scheduled for January 29, 2020 to February 25, 2020 at 2:30 P.M.

The reason for this adjournment request is that based upon the recent receipt of certain immigration departure documents from the government counsel needs to explore the immigration departure options available after sentencing.

The government consents to this adjournment. AUSA Jonathan Rebold and I conferred with Chambers and have been advised this date and time are available.

*Application GRANTED.*
*Sentencing adjourned from Jan 29 to February 25, 2020 at 2:30 PM*

Respectfully,

Gerald Di Chiara

So Ordered: _____
Judge Kevin P. Castel
1-13-20