# GERALD J. DI CHIARA

ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

30 East 33rd Street,4th Fl
New York, New York 10016

**LAURA DI CHIARA, ESQ.**

(212) 679-1958
FAX NO. (646) 307-6984

February 18, 2019

Honorable Judge Kevin P. Castel
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

Re:  U.S. v. Gocha Zhvitiashvili
S1 18 Cr 259 (PHC)

Dear Judge Castel,

It is hereby respectfully requested that Gocha Zhvitiashvili, be permitted to attend a yearly memorial service for Rita Zhvitiashvili, his Mother (deceased) on March 1st and March 2nd as follows:

March 1, 2020:
Mount Morriah Cemetary 500 Fairview Avenue, Fairview New Jersey approximately 11:00 a.m.—2:00 p.m. (returning home at conclusion) and

Chabad Lubavitch of Western Monmouth County Synagogue
24 Wickatumk Road, Manalapan Township, N.J. – approximately 5-30-7:00 p.m.

March 2, 2020:
Chabad Lubavitch of Western Monmouth County Synagogue
24 Wickatumk Road, Manalapan Township, N.J. – approximately 6:30 a.m. -8:00 a.m. (returning home at conclusion) and

Chabad Lubavitch of Western Monmouth County Synagogue
24 Wickatumk Road, Manalapan Township, N.J. – approximately 2:30 -4:00 p.m.

Please further allow one hour travel time to and from each service.

My office has spoken with AUSA Jonathan Rebold and he does not object to this request.

Respectfully,

Gerry Dichian

Gerald J. Di Chiara

Application GRANTED

Encl.

So Ordered:

Judge Kevin P. Castel

2 - 18 - 20