Gerald J. Di Chiara, Esq.

Attorney at Law
585 Stewart Avenue, L-16
Garden City, New York 11530
(212)679-1958

Laura Di Chiara, Esq.

January 13, 2021

Honorable Judge Kevin P. Castel
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Application GRANTED.
SO ORDERED.

Dated: 1/14/2021

*P. Kevin Castel*
United States District Judge

Re:   U.S. v. Gocha Zhvitiashvili
      S1 18 Cr 259 (PHC)

Dear Judge Castel,

    Pursuant to the recommendation of pre-trial services, we hereby request a modification of the bail conditions of Gocha Zhvitiashvili. Since 2018, Mr Zhvitiashvili has been subject to home confinement with electronic monitoring. He has fully complied and shown ability to comply with these conditions at all times since their imposition. Due to the current recommendation, of pre-trial services, it is respectfully requested that Gocha Zhvitiashvili's bail conditions be amended and downgraded from home confinement to curfew, with said curfew at the discretion of Pre-trial services. The Government was contacted by Pre-trial services and does not object to this modification under the condition that he continue to be subject to electronic monitoring. Counsel consents to this condition.
    I therefore respectfully request that the Court grant this application for bail modification.

Sincerely,

Gerald J. Di Chiara