Gerald J. Di Chiara, Esq.
Attorney at Law
585 Stewart Avenue, L-16
Garden City, N.Y. 11530
(212)679-1958

Laura Di Chiara, Esq.

February 9, 2021

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

2-9-21

Honorable Judge Kevin P. Castel
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

Re:   U.S. v. Gocha Zhvitiashvili
      S1 18 Cr 259 (PHC)

Dear Judge Castel,

Based upon a letter application, by counsel, on March 19, 2019, the Court authorized 10 additional hours of billing time for my associate, Laura Di Chiara above the initial 10 hours provided. Due to an oversight she has exhausted approximately 19 hours, rather than the 10 hours granted by the Court on March 19, 2019. It is therefore respectfully request that the Court authorize 10 additional hours to Laura Di Chiara, nunc pro tunc to March 19, 2020. We have represented Mr. Zhvitiashvili since May 7, 2018, almost 3 years.

OK

Her assistance was and is necessary and cost effective since she is billed at a lower rate. Among the many services provided, she has filled the role and is serving as a connection and conduit for requests by client to Pre Trial Services and the Court, Department of Customs and Border Protection, obtained extensive medical records od client and reviewed them, and assists in whatever research is needed.

The representation took on an added dimension when related charges were filed in the State Court of New Jersey which involved coordination with the SDNY US Attorney's Office. Due to my continued representation of Mr. Gocha Zhvitiashvili it is also respectfully requested that an additional 10 hours billing time be authorized, to allow her to continue assisting in the representation of Mr. Zhvitiashvili.

OK