Application GRANTED.

SO ORDERED.
Dated: New York, NY
1/28/2022

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Gerald J. Di Chiara, Esq.

Attorney at Law
585 Stewart Avenue, L-16
Garden City, New York
(212)679-1958

Laura Di Chiara, Esq.

January 28, 2022

Honorable Judge Kevin P. Castel
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

      Re:    U.S. v. Gocha Zhvitiashvili
               S1 18 Cr 259 (PHC)

Dear Judge Castel,

      Based upon Gocha Zhvitiashvili's present medical condition and hospitalization, Pre-trial Services Officer, Josh Rothman, has recommended we file a request for modification of the bail conditions of Gocha Zhvitiashvili. On January 14, 2021 the Court approved, by Order, our request upon the recommendation of pretrial services and the consent of the Government, to downgrade his conditions by electronic monitoring from home confinement to curfew.

      Due to the present circumstances, it is requested that his bail conditions be further downgraded to allow removal of electronic monitoring and to discontinue his curfew. Mr. Zhvitiashvili was hospitalized on January 26th, due to congestive heart failure with no anticipation of discharge. The Government, AUSA Jonathan Rebold, consents to the modification while Mr. Zhvitiashvili is hospitalized, with the provision the conditions be reinstated upon his release from the hospital.

      Upon behalf of Gocha Zhvitiashvili, we respectfully request that the Court grant the bail modification application herein.

                               Sincerely,

                               /s/ Gerald J. Di Chiara