# GERALD J. DI CHIARA
### ATTORNEY AT LAW

**LAURA DI CHIARA, ESQ.**

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

(212) 679-1958
FAX NO. (646) 307-6984

May 5, 2022

Honorable Judge Kevin P. Castel
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

Re: U.S. v. Gocha Zhvitiashvili
S1 18 Cr 259 (PKC)

Dear Judge Castel,

    The parties jointly request an adjournment of the sentencing control date presently scheduled for May 11, 2022 to a date convenient to the Court in approximately 3 months from that date.

    The reason for this adjournment request is that the New Jersey state case, presently pending, should be resolved during this period, and Mr. Zhvitiashvili will then be ready for sentencing before your Honor.

    AUSA Jonathan Rebold and I conferred and join in this request.

Respectfully,

*Jerry Di Chiara*
Gerald Di Chiara

Sentencing control date is adjourned to September 16, 2022.

So Ordered: *P. Kevin Castel*
Judge Kevin P. Castel
8/26/2022