# GERALD J. DI CHIARA
## ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

**LAURA DI CHIARA, ESQ.**

(212) 679-1958
FAX NO. (646) 307-6984

June 15, 2023

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Gocha Zhvitiashvili**
**18 Cr. 259 (PKC)**

Dear Judge Castel,

Counsel filed document 351 under seal. I have been informed by the clerk's office that it is temporarily sealed and requires a Court Order for permanent sealing. Wherefore, it is requested that document 351 be permanently sealed.

Respectfully submitted,

*Jerry Di Chiara*

Gerald J. Di Chiara

So Ordered:

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

6-15-23

_____
Hon. P. Kevin Castel