UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF JUDICIAL REMOVAL |
| - against - | |
| GOCHA ZHVITIASHVILI | S5 18 Cr. 259 (PKC) |
| Defendant. | |

------------------------------X

NOTICE IS HEREBY GIVEN TO GOCHA ZHVITIASHVILI ("the defendant") and to his attorney of record, Gerald J. DiChiara, Esq., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the former Soviet Union and a citizen of Russia.

3. The defendant adjusted his status to that of a Lawful Permanent Resident on or about August 13, 1999.

4. The defendant sought admission to the United States as a lawful permanent resident on May 7, 2018 at New York, NY. He was paroled into the United States for criminal prosecution.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York for conspiracy to commit bank fraud and wire fraud, in violation of Title 18 United States Code, sections 1343, 1344 and 1349.

6. The maximum sentence for these violations is thirty years' imprisonment. The defendant will be ordered to pay $~~507,296~~ (393,088.18) in restitution. *PKC*

7. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA; and section 212(a)(2)(A)(i)(I) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

8. The defendant has waived his right to notice and a hearing under section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, pursuant to section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Russia.

Dated: New York, New York
June 29, 2023

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL |
| - against - | |
| GOCHA ZHVITIASHVILI | S5 18 Cr. 259 (PKC) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE IS HEREBY GIVEN TO GOCHA ZHVITIASHVILI ("the defendant") and to his attorney of record, Gerald J. DiChiara, Esq., that upon conviction of the defendant for a violation of Title 18 United States Code, sections 1343, 1344 and 1349, the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to section 238[(d)](c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228[(d)](c).

Dated:   New York, New York
         June 26, 2023

                                    DAMIAN WILLIAMS
                                    United States Attorney
                                    Southern District of New York

                              By:   s/ Jonathan E. Rebold
                                    Jonathan E. Rebold
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

GOCHA ZHVITIASHVILI

Defendant.

------------------------------X

FACTUAL ALLEGATIONS IN
SUPPORT OF JUDICIAL
REMOVAL

S5 18 Cr. 259 (PKC)

NOTICE IS HEREBY GIVEN TO GOCHA ZHVITIASHVILI ("the defendant") and to his attorney of record, Gerald J. DiChiara, Esq., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the former Soviet Union and a citizen of Russia.

3. The defendant adjusted his status to that of a Lawful Permanent Resident on or about August 13, 1999.

4. The defendant sought admission to the United States as a lawful permanent=resident on May 7, 2018 at New York, NY. He was paroled into the United States for criminal prosecution.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be= convicted in the United States District Court, Southern District of New York for conspiracy to commit bank fraud and wire fraud, in violation of Title 18 United States Code, sections 1343, 1344 and 1349.

6. The maximum sentence for these violations is thirty years' imprisonment. The defendant will be ordered to pay $507,296 in restitution.

7. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA; and section 212(a)(2)(A)(i)(I) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

WHEREFORE, pursuant to section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Russia.

Dated:   New York, New York
         June, 26, 2023

                              DAMIAN WILLIAMS
                              United States Attorney
                              Southern District of New York

                     By:      s/Jonathan E. Rebold
                              Jonathan E. Rebold
                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | DEFENDANT'S PLEA STATEMENT IN SUPPORT OF JUDICIAL REMOVAL |
| - against - | |
| GOCHA ZHVITIASHVILI | S5 18 Cr. 259 (PKC) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOCHA ZHVITIASHVILI, defendant in the above-captioned criminal proceeding, hereby states as follows:

1. My true and correct name is GOCHA ZHVITIASHVILI.

2. I received a Notice of Intent to Request Judicial Removal ("Notice"), dated June 26, 2023. I am the person identified in that document. I hereby waive my right, pursuant to section 238[(d)](c)(2)(A) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1228[(d)](c)(2)(A), to have the Notice served upon me prior to the commencement of the trial or entry of a guilty plea in this case.

3. I received the Factual Allegations in Support of Judicial Removal ("Allegations"), dated June 26, 2023. I hereby waive my right, pursuant to section 238[(d)](c)(2)(B) of the INA, 8 U.S.C. § 1228[(d)](c)(2)(B), to have the allegations served 30 days prior to sentencing.

4. My rights in a judicial removal proceeding have been fully explained to me by my attorney, Gerald J. Di Chiara, Esq. After consultation with counsel and understanding the legal

consequences of doing so, I knowingly and voluntarily waive the right to the notice and hearing provided for in section 238[(d)](c)(2) of the INA, 8 U.S.C. § 1228[(d)](c)(2), and further waive any and all rights to appeal, reopen, reconsider, or otherwise challenge this order. I understand the rights I would possess in a contested administrative proceeding and I waive these rights, including my right to examine the evidence against me, present evidence on my own behalf, and cross-examine witnesses presented by the United States. I understand these rights and waive further explanation by the Court.

5. I hereby admit that all of the factual allegations set forth in the Allegations are true and correct as written.

6. I hereby concede that I am removable from the United States pursuant to section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA; and section 212(a)(2)(A)(i)(I) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7. I hereby waive any and all rights I may have to any and all forms of relief or protection from removal, deportation, or exclusion under the INA, as amended, and related federal regulations. These rights include, but are not limited to, the ability to apply for the following forms of relief or protection from removal: asylum; withholding of removal under section 241(b)(3) of the INA, 8 U.S.C. § 1231(b)(3); any protection from removal pursuant to Article 3 of the United Nations Convention Against Torture, including withholding or deferral of removal under 8 C.F.R. §§ 208.16-17 and 1208.16-17, cancellation of removal; adjustment of status; registry; *de novo* review of a

denial or revocation of temporary protected status (current or future); waivers under sections 212(h) and 212(i) of the INA, 8 U.S.C. §§ 1182(h), 1182(i); visa petitions; consular processing; voluntary departure or any other possible relief or protection from removal available under the Constitution, laws or treaty obligations of the United States.

8. I agree to the entry of a stipulated judicial order of removal pursuant to section 238[(d)](c)(5) of the INA, 8 U.S.C. § 1228[(d)](c)(5). I acknowledge that I have not been persecuted in, and have no present fear of persecution in Russia, the country of my nativity and citizenship. I further acknowledge that I have not been tortured in, and have no present fear of torture in Russia, the country of my nativity and citizenship.

9. I consent to the introduction of this statement as an exhibit in the record of these judicial removal proceedings. I further agree to make the judicial order of removal a public document, waiving my privacy rights, including any privacy rights that might exist under 8 C.F.R. § 208.6.

10. I agree to assist U.S. Immigration and Customs Enforcement ("ICE") in the execution of my removal. Specifically, I agree to assist ICE in the procurement of any travel, identity, or any other documents necessary for my removal; to meet with and to cooperate with representatives of any country to which I may by statute be removed if ICE so requests; and to execute any forms, applications, or waivers needed to execute or expedite my removal. I further understand that my failure or refusal to assist ICE in the execution of my removal may subject me to criminal penalties under section 243 of the INA, 8 U.S.C. § 1253.

11. I concede that the entry of this judicial order of removal renders me permanently inadmissible to the United States. I agree that I will not enter, attempt to enter, or transit through the United States without first seeking and obtaining permission to do so from the Secretary of the

Department of Homeland Security or other designated representative of the U.S. government.

12. I will accept a written order issued by this Court for my removal from the United States to Russia, and I waive any and all rights to challenge any provision of this agreement in any U.S. or foreign court or tribunal.

| | |
|---|---|
| 6.29.23 | _____ |
| Date | Gocha Zhvitiashvili |
| 6.29.23 | _____ |
| Date | Gerald J. Di Chiara, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

GOCHA ZHVITIASHVILI

Defendant.

------------------------------X

CONCURRENCE OF UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT

S5 18 Cr. 259 (PKC)

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

Dated: New York, New York
January 8, 2020

(For) _A. Morales_
Thomas R. Decker
Field Office Director
United States Immigration and
Customs Enforcement